IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS FOOTE RISELEY,

    Plaintiff,                            No. 2:12-cv-1695 MCE GGH P

    vs.

WARDEN, HIGH DESERT STATE PRISON, et al.,

    Defendants.                       FINDINGS & RECOMMENDATIONS

/

        By order filed August 23, 2012, the court granted plaintiff twenty-eight days to file an amended complaint. In the August 23, 2012 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the August 23, 2012, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: October 15, 2012

                    /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

ggh:rb/rise1695.fta